UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES; TASKEM CORP.,

               Plaintiffs,

       -against-

FIVERR,

               Defendant.

25-CV-9619 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 11, 2025, Plaintiff William Scales was barred from filing any new civil action in this court *in forma pauperis* ("IFP"), either in his own name or in the name of an entity, without first obtaining from the court leave to file. *Global Media Network v. Pandora*, ECF 1:25-CV-5555, 7 (S.D.N.Y. Sept. 11, 2025). Scales filed this new *pro se* action without prepayment of the filing fees, and it therefore appears that he seeks to proceed IFP.[1] Plaintiff submits a letter requesting leave to file this new action (ECF 2), but nothing in the letter suggests that this action is a departure from Plaintiff's pattern of vexatious litigation.

The Court therefore dismisses this action without prejudice based on the Court's September 11, 2025 order in *Global Media Network*, ECF 1:25-CV-5555, 7, barring Plaintiff from proceeding IFP.[2] The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] As Plaintiff has been made aware, an entity such as Plaintiff Taskem Corp. cannot proceed IFP. *See Rowland v. California Men's Colony*, 506 U.S. 194, 196 (1993) (holding that only natural persons may proceed IFP under 28 U.S.C. § 1915).

[2] Nothing in this order prevents Plaintiff from refiling this action with prepayment of the filing fees.

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    March 19, 2026
          New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            Chief United States District Judge