UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES; TASKEM CORP.,

                                    Plaintiffs,

                -against-

FIVERR,

                                    Defendant.

25cv9619 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 19, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

 Dated:    March 24, 2026
           New York, New York


                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge